# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>RUBEN SALGADO-ESPINOZA, a/k/a "Nestor Lozoya Barocio" (DOB: XX/XX/1975)<br><br>*Defendant(s)* | )<br>)<br>)<br>)   Case No.  25-MJ-604<br>)<br>)<br>) |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 25, 2025 - April 18, 2025  in the county of  Brown  in the
Eastern  District of  Wisconsin  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846 | Conspiracy to distribute and possess with the intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached Affidaivt.

☑ Continued on the attached sheet.

JAMES ALLEN  *Digitally signed by JAMES ALLEN*
*Date: 2025.04.23 10:16:43 -05'00'*
*Complainant's signature*

James Allen, DEA SA
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date:  4/23/2025

*s/ Byron B. Conway*
*Judge's signature*

City and state:  Green Bay, Wisconsin   Hon. Byron B. Conway, U.S. District Court Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN AMENDED CRIMINAL COMPLAINT

DEA Special Agent James Allen, being first duly sworn, states that:

## Background

1. I am currently employed as a Special Agent with the Drug Enforcement Administration (DEA) Green Bay Resident Office and have been so employed since October 2019. As part of my current duties as a DEA agent, I investigate violations of Title 21 of the United States Code, including federal controlled substance laws (Title 21, United States Code, Sections 841(a)(1) and 846) and other related offenses. I have worked cases in Wisconsin, along with other jurisdictions including Puerto Rico, Kentucky, Illinois, Arizona, California, and abroad in Mexico.

## Basis for Information in Affidavit

2. The information contained in this affidavit is based upon my personal knowledge and investigation, and information supplied to me by other law enforcement officers, all of whom I believe to be truthful and reliable. Based on my investigation and the information supplied to me by other law enforcement personnel, I have probable cause to believe the following regarding **PABLO SIFUENTES NAVARRO (DOB: XX/XX/2004), PEDRO SIFUENTES NAVARRO (DOB: XX/XX/2004), RUBEN SALGADO-ESPINOZA, a/k/a "Nestor Lozoya Barocio" (DOB: XX/XX/1975), and SANJUANA MONTENEGRO OCHOA (DOB: XX/XX/1997).**

## Facts Establishing Probable Cause

3. On March 25, 2025, PABLO SIFUENTES NAVARRO ("PABLO") and RUBEN SALGADO-ESPINOZA, a/k/a "Nestor Lozoya Barocio" ("NESTOR") drove to Green Bay, Wisconsin, from Rockford, Illinois, to discuss cocaine prices with a confidential source ("CS"). The purpose of PABLO and NESTOR coming to Green Bay was to assure that the CS was a real person and not associated with law enforcement. This meeting was arranged by PABLO's twin

brother, PEDRO SIFUENTES NAVARRO ("PEDRO").

4. The CS communicated with NESTOR about an upcoming transaction involving one kilogram of cocaine. NESTOR told the CS that he would not be traveling to Green Bay; instead, he planned to send his son, PABLO. The CS also communicated and coordinated with PEDRO regarding this particular upcoming transaction.

5. On April 2, 2025, PABLO and SANJUANA MONTENEGRO OCHOA ("SANJUANA") came to Green Bay, Wisconsin to meet the CS and an undercover officer ("UC") at a restaurant. SANJUANA was dropped off at the restaurant with the UC, and PABLO went to an undercover house in Green Bay, Wisconsin, with the CS. After PABLO pulled into the garage, PABLO opened the hood of the car. Using a stripped iPhone cord, PABLO pressed the wiring of the cord against unknown wiring in the hood of the vehicle and the battery terminal, which caused a spark. A loud clunk noise followed the spark. At that moment, a kilogram of cocaine was now accessible. PABLO pulled off the front license plate and reached his hand into the void behind the license plate. PABLO then pulled out a kilogram of cocaine and placed the kilogram of cocaine on the top of the engine compartment. PABLO then cut into the kilogram of cocaine and told the CS that the kilogram of cocaine was original and never altered. All of this was captured on video by a discreet surveillance camera. The total approximate weight of the cocaine with packaging was 1,046 grams. PABLO and the CS then went back to the restaurant to eat dinner with SANJUANA and the UC.

6. While eating dinner, SANJUANA told the UC that she could provide them with any controlled substances they needed, whether big or small. SANJUANA stated that PABLO's father, NESTOR, controls the pricing.

7. On April 10, 2025, the CS went to Louisville, Kentucky, for the purpose of sampling methamphetamine. While there, the CS met with PEDRO and PEDRO handed the CS two free

2

ounces of methamphetamine. It was understood that if the CS liked the methamphetamine, PEDRO would provide him with larger quantities.

8. On April 16, 2025, the UC traveled to South Beloit, Illinois, for the purpose of obtaining a larger quantity of methamphetamine. This CS coordinated this deal directly through PEDRO and NESTOR. The UC met SANJUANA at a gas station and obtained approximately one pound of methamphetamine for $2,400. The total approximate weigh of the methamphetamine was 482 grams. In exchange, the UC gave SANJUANA $2,400.

9. The suspected cocaine seized on April 2, 2025, tested positive for the presence of cocaine. The suspected methamphetamine seized on April 16, 2025, tested positive for the presence of methamphetamine.

10. On April 18, 2025, the CS made a phone call to NESTOR to inquire about 30 kilograms of cocaine coming to Green Bay Wisconsin on April 22, 2025. The price was originally going to be $17,000 per kilogram of cocaine. NESTOR lowered the price to $16,500 per kilogram of cocaine. The agreed upon price for the 30 kilograms of cocaine is $495,000. NESTOR said that the 30 kilograms of cocaine will be transported by two cars to Green Bay instead of one. The CS also communicated and coordinated with PEDRO regarding this upcoming transaction.

11. On April 22, 2025, PABLO, PEDRO, and NESTOR were arrested in Green Bay, Wisconsin, after they drove to an undercover residence in multiple vehicles. Inside the vehicles, agents seized approximately 30 kilograms of cocaine in 30 separate packages, also known as "bricks." NESTOR was interviewed and acknowledged that his true identity was Ruben Salgado-Espinoza. NESTOR stated that he has been living a lie as "Nestor" for approximately ten years. Criminal databases confirmed that Ruben Salgado-Espinoza and Nestor Lozoya Barocio are the same person, and both are listed as known aliases.

## CONCLUSION

12. Based upon the foregoing information, I know there is probable cause to believe that between approximately March 25, 2025, and April 18, 2025, PABLO SIFUENTES NAVARRO, PEDRO SIFUENTES NAVARRO, RUBEN SALGADO-ESPINOZA, a/k/a "Nestor Lozoya Barocio," and SANJUANA MONTENEGRO OCHOA conspired to distribute and possess with the intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

13. Because this affidavit is offered for the limited purpose of supporting the criminal complaint and arrest warrant for the above-named individuals, I have not set forth every fact known to me regarding this incident. Rather, I have included only those facts which I believe establish probable cause.

JAMES ALLEN
Digitally signed by JAMES ALLEN
Date: 2025.04.23 10:18:19 -05'00'

Affiant James Allen
DEA Special Agent

Sworn and attested to me by reliable electronic means pursuant to the requirement of Fed. R. Crim.P. 4.1 (Telephone) on this 23rd day of April, 2024.

s/ Byron B. Conway
**HONORABLE BYRON B. CONWAY**
United States District Court Judge

4